

For full opinion see 34 O L R 151; 177 NE 483; 39 Oh Ap 309 (Oh Bar 11-3-31).

## OGDEN v TRANSCONTINENTAL AIRPORT CO OF TOLEDO, INC

Ohio Appeals, 6th Dist, Lucas Co
Decided Feb 2, 1931

For full opinion see 177 NE 637; 39 Oh Ap 351 (Oh Bar 11-10-31).

## UNION CENTRAL LIFE INSURANCE CO OF CINCINNATI v CHERRY, et

Ohio Appeals, 7th Dist, Portage Co
Decided March 23, 1931

For full opinion see 39 Oh Ap 298 (Oh Bar 11-3-31).

## ROMEO v STATE

Ohio Appeals, 5th Dist, Stark Co
Decided Jan 14, 1931

For full opinion see 177 NE 536; 39 Oh Ap 301 (Oh Bar 11-3-31).